UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                                                     Chapter 13
                                                       Case No.: 18-13363-AJC

**CARLOS LODOS-GIL,**

       Debtor.

_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on July 31, 2018, I served a conformed copy of *Order Continuing Hearing On (Re: 28 Motion for Relief From Stay and For Co-Debtor Relief From Stay as to Raysi Hernandez to Enforce Consent Final Judgment of Foreclosure filed by Creditor BSI Financial Svcs for US Bank). Chapter 13 Hearing scheduled for 08/21/2018 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N. Miami Avenue, Courtroom 7 (AJC), Miami, FL 33128*. [D.E. 40] upon all counsel(s) of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Dated this 31st day of July, 2018.**

                                                              Respectfully submitted:

                                                              **GHIDOTTI | BERGER, LLP**
                                                              *Counsel for Secured Creditor*
                                                              3050 Biscayne Blvd., Suite 402
                                                              Miami, Florida 33137
                                                              Telephone: (305) 501.2808
                                                              Facsimile: (954) 780.5578

                                                              By:    /s/ Chase A. Berger
                                                                       Chase A. Berger, Esq.
                                                                       Florida Bar No. 083794
                                                                       cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:   /s/ Chase A. Berger
         Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Carlos Lodos-Gil**
9015 S.W. 27th Street
Miami, FL 33165

*Debtor's Counsel*
**Louis Hernandez, Esq.**
3785 NW 82nd Avenue - Suite 417
Miami, FL 33166

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

**Raysi Hernandez**
9015 S.W. 27th Street
Miami, FL 33165

By:   /s/ Chase A. Berger
         Chase A. Berger, Esq.